■ PIERRE ROSARKY, Respondent, v TERRY RIFKIN, Appellant, et al., Defendant. [748 NYS2d 64]

The Supreme Court properly denied the appellant's cross motion for summary judgment. After the appellant made out a prima facie case, the affirmations submitted by the plaintiff's experts in opposition raised triable issues of fact (*see* CPLR 3212; *Barone v Flynn*, 284 AD2d 422, 423; *Campea v Mitra*, 267 AD2d 190, 191; *Stepanian v Goldstein*, 239 AD2d 569, 570; *Taylor v St. Vincent's Med. Ctr. of Richmond*, 236 AD2d 461, 462; *Licausie v North Shore Orthopedic Group*, 232 AD2d 612, 613; *Seidman v Booth Mem. Med. Ctr.*, 202 AD2d 490, 491; *cf. Holbrook v United Hosp. Med. Ctr.*, 248 AD2d 358, 359). S. Miller, J.P., Crane, Cozier and Rivera, JJ., concur.